MOSER, JAMES J., JR　　　　　　　　　　　　　　　　　09-13134

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS　　108
60-249 / 433

| Case | Debtor |
|---|---|
| 09-13134 B | MOSER, JAMES J., JR. |
| 92001592126366 | |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date　07/22/2010　　$ ***********3.84

~~~Three Dollars and 84/100

Pay to the Order of　U.S. Bankruptcy Court

MICHAEL CHIASSON

⑈000000108⑈ ⑆043302493⑆ 92001592126366⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 227418　　- KW
* * C O P Y * *
July 23, 2010
13:03:35

UNC.UNDER$25
09-13134
Debtor.: JAMES J. MOSER
Trustee: Michael Chiasson
Amount.:　　　　　$3.84 CH
Check#.: 108

Total-> $3.84

FROM: CHIASSON

7/23/10

Deposited to treasury
Account 106000

Due:
Recovery Management
Systems, Corp.

$3.84

CV.

Printed: 07/22/10 08:51 AM
Page: 1

## Claims Distribution Small Checks

**Trustee: MICHAEL CHIASSON (380290)**

**Case:** 09-13134 - MOSER, JAMES J., JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Payee Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920015921263666 | 108 | 07/22/10 | 10 | 01/29/10 | 610 | U.S. Bankruptcy Court Recovery Management Systems Corporation | 1,144.56 | 1,144.56 | Check Amount: 3.84 | $3.84 3.84 |

(*) Denotes objection to Amount Filed